# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CARLOS BARRAGAN LEON (1),<br>AMERICA GARCIA VARGAS (2)<br><br>Defendants. | Case No.: 21-CR-03246-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (ECF No. 28) is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: September 28, 2022

Hon. Janis L. Sammartino
United States District Judge